# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 24CR0008-W |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| JENNIFER ROSALES, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, good cause appearing, that the Joint Motion to Continue is granted. The Status Hearing is continued to April 15, 2024 at 9:00AM. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), (7).

**IT IS SO ORDERED.**

Dated: 3/6/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE